EMILY VAN ORDER SWEENEY, as Administratrix, etc., of FRANK VAN ORDER, Deceased, Appellant, v. W. O. THOMPSON, as President of the New York Central Railroad Mutual Relief Association, an Unincorporated Association, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Petition of the Trustees of THE FIRST METHODIST EPISCOPAL CHURCH OF WHITEHALL, Respondent, for the Determination of the Amount of Damages Sustained by Reason of a Change of Grade of Church Street, in the Village of Whitehall, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of AMY E. SCHEIDECKER, Petitioner, for a Certiorari Order against THE DEPARTMENT OF STATE OF THE STATE OF NEW YORK and EDWARD J. FLYNN, as Secretary of State of the State of New York, Respondents. MCATEER REALTY CO., INC., and Others, Intervenors.— Motion for reargument granted. Case set down for argument at the November term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See ante, p. 119.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER L. RICE, Relator, v. MARK GRAVES and Others, as Tax Commissioners of the State of New York, Defendants.— Motion for leave to appeal granted. The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Petition of FREDERICK M. NIELSON and MARY E. MORAN to Compel FREDERICK M. NIELSON and Others, as the Executors, etc., of NELLIE LYON, to Render and File an Account of Proceedings of Said NELLIE LYON as Trustee under an Agreement of Trust with ALICE LAFFLIN, Deceased.— Motion to be allowed to appeal to the Court of Appeals granted. The court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals, and hereby certifies the following questions: 1. Has the Surrogate's Court jurisdiction to hear and determine the application herein to compel the executors of the will of Nellie Lyon, deceased, to account for her proceedings as trustee under her trust agreement of July 26, 1911, with Mary Lafflin, now deceased, and to settle the accounts of said Nellie Lyon as such trustee, and to decree a distribution of the corpus of said trust fund? 2. If it be found that said Nellie Lyon as such trustee had title to real property, the equitable title to which was in Mary Lafflin at the time of her death in 1916, has the Surrogate's Court jurisdiction to decree a reconveyance of said real estate by the said executors, in compliance with the terms of said trust agreement? Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JOSEPH A. WILLIAMS, Respondent, v. NEW YORK POWER AND LIGHT CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.